MAE M. REILLY, as Trustee for the Estate of DANIEL H. HANCKEL, Deceased, and as Trustee for the Estate of ELLEN F. MURPHY, Deceased, Respondent, v. HUGH MURPHY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

GEORGE A. T. THOMPSON, JR., Respondent, v. ISABELLE FINHOLM et al., Appellants, and GEORGE A. T. THOMPSON, Respondent.— Decree unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

ASSOCIATED FUR MANUFACTURERS, INC., Respondent, v. SAM MENCHER, Individually and as President of Furriers Joint Council of New York, et al., Appellants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent, without prejudice to an application for a stay and a direction that the parties submit the subject of the suit to arbitration as provided for in their agreement. (See *Matter of Mencher* [*Abeles & Kahn*], *ante*, p. 585, decided simultaneously herewith.) Present — Peck, P. J., Glennon, Dore, Cohn and Van Voorhis, JJ.

METROPOLITAN FUEL DISTRIBUTORS, INC., et al., Respondents, v. THORNE, NEALE AND COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered unless plaintiffs stipulate to reduce the judgment as entered to the sum of $50,164.09, in which event said judgment as so modified is affirmed. The said sum of $50,164.09 is based on the amount of damages sufficiently established by plaintiffs and is computed as follows:

| | | | |
|---|---|---|---|
| Bituminous | 84,539 tons at $1.25 | | $105,673.75 |
| Anthracite Pea | 4,576 tons at $1.45 | | 6,635.20 |
| Anthracite Buck No. 1 | 20,904 tons at | .70 | 14,632.80 |
| Buck No. 2 and Rice | 8,507 tons at | .70 | 5,954.90 |
| | | | $132,896.65 |
| Less sums allowed by trial court on defendant's claim, concerning which there is no dispute in this court, | | | 82,732.56 |
| | | | $50,164.09. |

Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Callahan and Shientag, JJ.

JENNIE LEVY, as Administratrix of the Estate of SAMUEL LEVY, Deceased, Respondent, v. SAMUEL STERNER et al., Appellants.— Order affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.; Peck, P. J., and Glennon, J., dissent and vote to reinstate the verdict.

JOSEPH DORSEY et al., Suing on Behalf of Themselves and All Others Similarly Situated, Appellants, v. STUYVESANT TOWN CORPORATION et al., Respondents. SHAD POLIER, as a Taxpayer of the City of New York, Appellant, v. WILLIAM O'DWYER, as Mayor of the City of New York, et al., Respondents.— Judgments unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.

WADE WALDRON, Respondent, v. HOYT E. MORRIS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Van Voorhis and Shientag, JJ.